IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES MCNEIL
1811 Greenwich Wood Dr., #12
Silver Spring, Maryland 20903

       Plaintiff,

       v.

WASTE MANAGEMENT, INC
1001 Fannin Street
Suite 4000
Houston, Texas 77002

Trading as:

WASTE MANAGEMENT OF
MARYLAND, INC.
4900 Beach Place
Temple Hills, MD 20748

       Defendant

Serve Resident Agent

CT CORPORATION
1015 15th Street, N.W. Ste. 1000
Washington, DC 20005

Case No. _____

## COMPLAINT

COMES NOW, the Plaintiff, James McNeil, by and through his attorneys, Timothy F. Maloney, Brian J. Markovitz and the law firm of Joseph, Greenwald & Laake, P.A., and sues the Defendant, Waste Management, Inc., tda Waste Management of Maryland, Inc. ("Waste Management"), and in support thereof, states as follows:

### JURISDICTION

1. Jurisdiction is based on D.C. Code §11-921 and §13-423.

Joseph
Greenwald
& Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200  •  Fax 220-1214

## VENUE

2. This action involves employment discrimination in violation of the District of Columbia Human Rights Act ("DCHRA"), D.C.Code § 2-1401.01 *et seq*. Venue is proper in the District of Columbia because the work Plaintiff performed for Defendant was primarily, if not almost exclusively, within the District of Columbia and because the Defendant resides, is located in, and/or is doing business in the District of Columbia.

## PARTIES

3. Plaintiff, James McNeil, is a thirty-one (31) year old, male citizen residing at 715 Hidden Marsh Street, Gaithersburg, MD 20877 who is approximately six feet (6') tall and weighs over four-hundred and fifty (450) pounds. Plaintiff has approximately fourteen (14) years of experience driving motorized vehicles with a Certified Driving License ("CDL"), currently holds a "Class A" CDL from the state of Maryland, and has passed all state and Department of Transportation ("DOT") safety tests and requirements, including physicals, to drive vehicles that require a CDL license. A "Class A license: Authorizes the licensee to operate Tractor/Trailer or Combinations of vehicles with a GCWR[1] of 26,001 or more pounds if the GVWR[2] of the vehicles being towed is excess of 10,000 pounds." *See Commercial Driver's License (CDL) Manual (form # DL-151)*, Maryland Motor Vehicle Administration, at i, available at <http://www.marylandmva.com/Resources/DL-151.pdf>, visited May 14, 2007.

4. Defendant, Waste Management is a Texas corporation trading as Waste Management of Maryland, Inc., doing business in the District of Columbia.

---

[1] GCWR means "gross combination weigh rating." *See Commercial Driver's License (CDL) Manual (form # DL-151)*, Maryland Motor Vehicle Administration, at i, available at <http://www.marylandmva.com/Resources/DL-151.pdf>, visited May 14, 2007.
[2] GVWR means "gross vehicle weight rating." *Id.*

**Joseph  
Greenwald  
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

2

## FACTS

5. At all times relevant to this Complaint, Plaintiff was certified with a Class A license from the state of Maryland and could drive CDL required vehicles in the state of Maryland and the District of Columbia, as well all other states. Plaintiff, in fact, holds and has held for approximately fourteen (14) years his CDL so that he can drive trucks and other vehicles that require a CDL license. Since turning the age of majority, the only positions held by Plaintiff have been driving CDL required vehicles such as trucks.

6. Prior to working for Defendant, Plaintiff worked for ten (10) years for Allied Waste Service (BFI), a competitor of Defendant, performing almost exactly the same duties he performed as a truck driver for Defendant — namely, driving the same type of vehicles.

7. Because of Plaintiff's height (six feet tall) and weight (over four-hundred fifty (450) pounds), he meets the accepted medical definition of "morbidly obese." *See* National Library of Medicine, National Institutes of Health, Medical Encyclopedia, *Morbid Obesity* (visited May 14, 2007) <http://www.nlm.nih.gov/medlineplus/ency/article/003102.htm> (defining "morbid obesity" as anyone with "a BMI (body mass index) value greater than 39"),[3] attached as Exhibit One; National Institutes of Health, National Heart, Lung, and Blood Institute, *Body Mass Index Table* (visited May 14, 2007) <http://www.nhlbi.nih.gov/guidelines/obesity/bmi_tbl.pdf> (demonstrating that anyone who weighs over two-hundred eighty-seven (287) pounds, who is at Plaintiff's height of six feet

---

[3] Mr. McNeil's BMI is 61.024. His BMI was calculated as follows:
   a. 450 pounds times 703 = 316,350
   b. Divided by height in inches or 72 inches = 4393.75
   c. 4395.7 divided again by height in inches or 72 inches = 61.024.

*See National Library of Medicine, National Institutes of Health, Medical Encyclopedia, Body mass index* (visited May 14, 2007) <http://www.nlm.nih.gov/medlineplus/ency/article/007196.htm> (explaining how to calculate BMI), attached as Exhibit Two.

Joseph
Greenwald
& Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

3

tall (or seventy-two 72 inches), has a BMI over 39 and is therefore, "morbidly obese"), attached as Exhibit 3. Plaintiff has maintained this weight and height for many years, including his entire adult life.

8. Plaintiff has suffered from obesity since birth and has suffered from physiological problems that cause his obesity. He has been on high blood pressure medication since the age of 13 and is still on this regimen at the age of 33. In elementary school, Plaintiff was teased due to his size, and suffered constant ridicule and emotional devastation. In middle school, Plaintiff constantly had problems fitting into the desk and chairs because they were too small for him.

9. In high school, Plaintiff was teased by his peers due to his size as well. Plaintiff was almost denied the ability to walk with his graduation class from high school because the school did not have a graduation gown that would fit him. Plaintiff had to purchase two gowns and have them put them together so that he would be able to attend commencement ceremonies.

10. Currently, Plaintiff is on a constant regimen of blood pressure medication and inhalers, suffers from back problems, and sometimes finds it difficult to walk long distances.

11. Plaintiff's weight greatly affects his walking, caring for himself, running, breathing, ability to socialize with other people, and other major life activities. These major life activities have been and are significantly restricted by his weight such that he cannot perform these activities in the same or even similar capacity to that of an average person in the general populace.

Joseph Greenwald & Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

12. On or about April 17, 2006, Plaintiff was hired as a Truck Driver for Waste Management at 4900 Beech Place, Temple Hills, MD 20748 location. His job was to collect waste and trash located in the District of Columbia for disposal.

13. Prior to being hired by Waste Management, Plaintiff passed both Waste Management's internal health and safety tests (a fitness for duty test on or about April 17, 2006), as well as all required DOT and state testing and licensing requirements.

14. Plaintiff's first day of work for Defendant was on or about May 1, 2006.

15. Plaintiff's work day went as follows: Plaintiff would pick up his truck at the Defendant's 4900 Beech Drive, Temple Hills, Maryland location and immediately drive over the District of Columbia line to drive his trash route in the District of Columbia. Plaintiff would spend his entire shift within the District of Columbia border driving the truck for trash pick ups and delivering the trash to Defendant's District of Columbia North East Transfer Station, only leaving the District of Columbia to return his vehicle to the Temple Hills, Maryland facility at the end of his shift.

16. Plaintiff ran this Washington, DC route for Defendant for on or about May 19, 2006 and the following week of May 22-25, 2006 without any difficulties and/or complaints.

17. On or about Friday, May 26, 2006, upon arriving at work, Plaintiff was told that he was to do a "ride along" in a boom truck (one man truck) delivering cans. Upon returning from this job, Plaintiff met with a different manager, the Route Manager, Alan DeVoti. Mr. DeVoti told Plaintiff that he was being terminated because his "size" was a safety issue. Plaintiff inquired as to what safety issues his size presented, explaining that he had passed all safety and health requirements and was a CDL driver for many years. Mr. DeVoti could not explain to Plaintiff what safety issues his driving the vehicle presented.

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

5

18. Plaintiff immediately inquired as to whether there were other jobs at the company but was told that he did not qualify for any jobs. Plaintiff also asked whether he could find any way to keep his position by working around the unclearly defined "size" problem that Mr. DeVoti had with Plaintiff doing his job. Plaintiff was told that there was nothing that could be worked out and that he was fired. Plaintiff then left the worksite without being presented any separation paperwork or any written documentation. Plaintiff was never provided the opportunity to find a way to save his job.

19. The following Sunday, on or about May 28, 2006, Plaintiff saw that Defendant was running advertisements in the *Washington Post* for truck drivers in Maryland. This advertisement also ran the following weekend

20. On or about May 23, 2006, Defendant submitted a "Termination Request" to Plaintiff's union, stating that he was terminated because of "Health & Safety – Unable to fit safely in Truck." *See* Termination Request, from Mr. Spriggs, dated May 23, 2006, attached as Exhibit Four.[4] The document also stated that Plaintiff "is **not** Eligible for Rehire." *Id.* (emphasis in original).

21. Plaintiff was shocked by this claim that he could not fit into the truck as he had been driving these types of vehicles for his entire career and had performed the job for a week for Defendant. Plaintiff was also aware that should Defendant feel that he was "unable to fit safely in" the vehicle that he was driving that he could operate several different trucks in Defendant's fleet, including trucks made by Sterling, the Mack LE, the Mack Granite, the Mack MR Frontloader – Model 688S, and the Freightliner Model FL112. All of those trucks could be used to perform his duties as a truck driver and were in Defendant's fleet. However,

---

[4] Plaintiff's social security number has been redacted from this exhibit but the document is otherwise unaltered.

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

despite inquiring about whether he could have an alternative means to save his position, none of these other trucks were offered as a way to accommodate him, and he was informed that he was simply terminated.

22. On or about May 26, 2006, Plaintiff received an email that was contrary to the termination notice sent to the union and the explanation he received verbally from Mr. DeVoit. *See Thank You for considering Waste Management*, from Defendant to Plaintiff, dated May 26, 2006, attached as Exhibit Five. The email stated that Plaintiff was terminated "based on a careful review of [his] interests and qualifications." *Id.* It also stated that "we will maintain your information for 12 months and notify you if you are selected for future openings better matching your qualifications." Plaintiff found this explanation equally as absurd as he had only ever been professionally interested in driving a truck and had almost fourteen (14) years of experience to qualify him for driving the vehicles.

23. After his termination, Plaintiff filed a complaint at Defendant's integrity help line. To date, he has not received any response to his internal complaint. Moreover, again despite inquiring what he could do to continue to perform at his position, he was never offered any reasonable accommodations by Mr. DeVoti or by Defendant regarding the alleged "size" problem with his work. Plaintiff was simply terminated by Defendant and provided no other options but to permanently leave the workplace.

24. These discriminatory acts took place in the District of Columbia. The work for his position was performed primarily, if not exclusively, in the District of Columbia.

## CAUSES OF ACTION

### COUNT I
### (Personal Appearance Discrimination in Violation of the DCHRA, DC Code §§ 2-1401.02(22); § 2-1402.11, et. seq)

25. Plaintiff adopts and incorporates by reference the allegations contained in the preceding paragraphs as if fully set forth herein.

26. Plaintiff was fully qualified and certified to work as a truck driver for Defendant and met all requirements, including health and safety requirements.

27. Plaintiff performed his position well and presented no safety or health threat.

28. Plaintiff was terminated due to his personal appearance "size" in violation of the DCHRA. *See* DC ST § 2-1401.02(22) ("'Personal appearance' means the outward appearance of any person, irrespective of sex, with regard to bodily condition or characteristics . . ."); DC ST § 2-1402.11 (prohibiting employers from terminating or refusing to hire an employee because of that employee's "personal appearance" as defined under the DCHRA).

29. Plaintiff's termination is contrary to the intent of the DCHRA, which states that "[i]t is the intent of the Council of the District of Columbia, in enacting this chapter, to secure an end in the District of Columbia to discrimination for any reason other than that of individual merit, including, but not limited to, discrimination by reason of . . . personal appearance . . . ." *Id.* at § 2-1401.01.

WHEREFORE, the Plaintiff demands judgment against Defendant, Waste Management, in the sum of One Million Dollars ($1,000,000.00) in economic and compensatory damages, One Million Dollars ($1,000,000.00) in punitive damages, plus

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

interest, as well as attorneys fees and costs, and further and additional relief as the nature of the case may require and which this Honorable Court shall deem just and proper.

## COUNT II

### (Disability Discrimination in Violation of the DCHRA, DC Code §§ 2-1401.02.5A; § 2-1402.11, et. seq)

30. Plaintiff adopts and incorporates by reference the allegations contained in the preceding paragraphs as if fully set forth herein.

31. Plaintiff was fully qualified and certified to work as a truck driver for Defendant and met all requirements, including health and safety requirements.

32. Plaintiff performed his position well, was otherwise qualified to perform his position with or without a reasonable accommodation, and presented no safety or health threat.

33. Plaintiff was terminated because he is disabled and/or has a record of such disability and/or was regarding as being disabled in violation of the DCHRA. *See* D.C.Code § 2-1401.02.5A.

34. Plaintiff's termination is contrary to the intent of the DCHRA, which states that "[i]t is the intent of the Council of the District of Columbia, in enacting this chapter, to secure an end in the District of Columbia to discrimination for any reason other than that of individual merit, including, but not limited to, discrimination by reason of . . . disability . . .." *Id.* at § 2-1401.01.

35. Defendant's termination of Plaintiff is a violation of the DCHRA. *See* DC ST § 2-1402.11 (prohibiting employers from terminating or refusing to hire an employee because of that employee's "disability" as defined under the DCHRA).

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

9

36. Defendant never offered Plaintiff an opportunity to have a reasonable accommodation to perform his job despite Plaintiff requesting an opportunity to save his position. Plaintiff could have performed his position with or without a reasonable accommodation.

WHEREFORE, the Plaintiff demands judgment against Defendant, Waste Management, in the sum of One Million Dollars ($1,000,000.00) in economic and compensatory damages, One Million Dollars ($1,000,000.00) in punitive damages, plus interest, as well as attorneys fees and costs, and further and additional relief as the nature of the case may require and which this Honorable Court shall deem just and proper.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____
Timothy F. Maloney, D.C. Bar #416522
Brian J. Markovitz, D.C. Bar # 481517
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200
(301) 220-1214 (facsimile)
*Attorneys for Plaintiff*

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues of triable fact in the foregoing compliant.

_____
Brian J. Markovitz

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MCNEIL<br>1811 Greenwich Wood Dr., #12<br>Silver Spring, Maryland 20903<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASTE MANAGEMENT, INC<br>1001 Fannin Street<br>Suite 4000<br>Houston, Texas 77002<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:　**Case No.** _____<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## L I N E

SIR/MADAM CLERK:

The Plaintiff respectfully requests the issuance of summonses for the above-named Defendant and the kindly return of such to the undersigned for service by private process.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____
Timothy F. Maloney, D.C. Bar #416522
Brian J. Markovitz, D.C. Bar # 481517
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200
(301) 220-1214 (facsimile)
*Attorneys for Plaintiff*

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane ● Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 ● Fax 220-1214

11

Skip navigation

## Medical Encyclopedia
Other encyclopedia topics: A-Ag  Ah-Ap  Aq-Az  B-Bk  Bl-Bz  C-Cg  Ch-Co  Cp-Cz  D-Di  Dj-Dz  E-Ep  Eq-Ez  F  G  H-Hf  Hg-Hz  I-In  Io-Iz  J  K  L-Ln  Lo-Lz  M-Mf  Mg-Mz  N  O  P-Pl  Pm-Pz  Q  R  S-Sh  Si-Sp  Sq-Sz  T-Tn  To-Tz  U  V  W  X  Y  Z  0-9

## Morbid obesity



**Contents of this page:**

- Definition
- Considerations
- Common Causes
- Home Care
- Call your health care provider if
- What to expect at your health care provider's office

### Definition

The term morbid obesity refers to patients who are 50 - 100% -- or 100 pounds above -- their ideal body weight. Alternatively, a BMI (body mass index) value greater than 39 may be used to diagnose morbid obesity.

### Considerations

Medical problems commonly resulting from untreated morbid obesity include the following:

- Diabetes
- Hypertension
- Heart disease
- Stroke
- Certain cancers, including breast and colon
- Depression
- Osteoarthritis

Affected people may gradually develop hypoxemia (decreased blood oxygen saturation) and have problems with sleep apnea (periodic cessation of breathing while asleep).

Decreased blood oxygen and problems associated with sleep apnea may result in feeling drowsy through the day (somnolence), high blood pressure, and pulmonary hypertension. In extreme cases, especially when medical treatment is not sought, this can lead to right-sided heart failure (cor pulmonale), and ultimately death.

### Common Causes

- Excessive caloric intake
- Thyroid disorders
- Lack of physical activity

### Home Care

A combination of calorie restriction and exercise (when adhered to) appears to be more effective rather than either one alone. Sticking to a weight reduction program is difficult and requires much support from family members and friends.

http://www.nlm.nih.gov/medlineplus/ency/article/003102.htm

EXHIBIT 1

**Call your health care provider if**

Contact your health care provider if you or your child appear to be excessively obese or are gaining weight at an extremely rapid rate. Remember that catching the problem early is much simpler than trying to fix it after the person has gained an excessive amount of weight.

**What to expect at your health care provider's office**

The medical history will be obtained and a physical examination performed. A dietary and exercise regimen may also be prescribed.

Medical history questions documenting morbid obesity in detail may include:

- Family history
    - Were any other family members excessively heavy?
    - Was a disorder diagnosed as a cause of obesity in any other family member?
- Dietary history (complete history of eating habits as well as types and amounts of food eaten)
- Other symptoms
    - Is there difficulty breathing?
    - Does the person wake up often at night?
    - Does the person appear tired or sleepy during the daytime?

Physical examination:

A thorough physical examination will be done to determine if there is any medical cause for the obesity. Height and weight will be plotted on a chart to help determine the degree of obesity.

Diagnostic tests:

Body fat content can be determined by special studies. Your health care provider may want to obtain tests for thyroid disorders.

After seeing your health care provider:

You should try your best to adhere to the diet and exercise regimen provided.

**Update Date: 6/3/2005**

Updated by: Thomas A. Owens, M.D., Departments of Internal Medicine and Pediatrics, Duke University Medical Center, Durham, NC. Review provided by VeriMed Healthcare Network.

*ADAM



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Adam makes no representation or warranty regarding the accuracy, reliability, completeness, currentness, or timeliness of the content, text or graphics. Links to other sites are provided for information only — they do not constitute endorsements of those other sites. Copyright 2007, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.



# Medical Encyclopedia

Other encyclopedia topics:  A-Ag  Ah-Ap  Aq-Az  B-Bk  Bl-Bz  C-Cg  Ch-Co  Cp-Cz  D-Di  Dj-Dz  E-Ep  Eq-Ez  F  G  H-Hf  Hg-Hz  I-In  Io-Iz  J  K  L-Ln  Lo-Lz  M-Mf  Mg-Mz  N  O  P-Pl  Pm-Pz  Q  R  S-Sh  Si-Sp  Sq-Sz  T-Tn  To-Tz  U  V  W  X  Y  Z  0-9

## Body mass index

Printer-friendly version    E-mail to a friend

**Contents of this page:**

- Illustrations
- Alternative names
- Information

**Illustrations**



Calculating body frame size

**Alternative names**   *Return to top*

BMI

**Information**   *Return to top*

A good way to assess your weight is to calculate your body mass index (BMI). Your BMI estimates whether you are at a healthy weight. Being overweight puts strain on your heart and can lead to serious health problems. These problems include type 2 diabetes, heart disease, high blood pressure, sleep apnea, varicose veins, and other chronic conditions. More than 300,000 lives could be saved in the United States each year if everyone maintained a healthy weight!

HOW TO DETERMINE YOUR BMI

Your BMI estimates how much you should weigh, based on your height. Here are the steps to calculate it:

- Multiply your weight in pounds by 703.
- Divide that answer by your height in inches.
- Divide that answer by your height in inches again.

For example, a woman who weighs 270 pounds and is 68 inches tall has a BMI of 41.0.

Use the chart below to see what category you fall into, and whether you need to be concerned about your weight.

| BMI | CATEGORY |
|---|---|
| Below 18.5 | Underweight |

**EXHIBIT 2**

http://www.nlm.nih.gov/medlineplus/ency/article/007196.htm

| 18.5 - 24.9 | Healthy |
| --- | --- |
| 25.0 - 29.9 | Overweight |
| 30.0 - 39.9 | Obese |
| Over 40 | Morbidly obese |

BMI is not always an accurate way to determine whether you need to lose weight. Here are some exceptions:

- **Body builders:** Because muscle weighs more than fat, people who are unusually muscular may have a high BMI.
- **Elderly:** In the elderly it is often better to have a BMI between 25 and 27, rather than under 25. If you are older than 65, for example, a slightly higher BMI may help protect you from osteoporosis.
- **Children:** While an alarming number of children are obese, do not use this BMI calculator for evaluating a child. Talk to your child's doctor about what an appropriate weight is for his or her age.

Doctors use a few different methods to determine whether you are overweight. Your doctor may also take your waist circumference and your waist-to-hip ratio into consideration.

In addition, a lot of other factors influence your health. These include diet, physical activity, smoking, blood pressure, cholesterol levels, and blood sugar levels.

While the exact degree to which increasing BMI levels have a bad effect on human health is unclear, most experts conclude that a BMI greater than 30 (obesity) is unhealthy. Exercise, whatever your BMI, can help reduce your risk of cardiovascular disease and diabetes. Remember to always ask your doctor before starting an exercise program.

**Update Date: 7/21/2006**

Updated by: Benjamin W. Van Voorhees, MD, MPH, Assistant Professor of Medicine and Pediatrics, The University of Chicago, Chicago, IL. Review provided by VeriMed Healthcare Network.

#ADAM



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Adam makes no representation or warranty regarding the accuracy, reliability, completeness, currentness, or timeliness of the content, text or graphics. Links to other sites are provided for information only -- they do not constitute endorsements of those other sites. Copyright 2007, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

## Body Mass Index Table

| BMI | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Height (inches) | Normal | | | | | | Overweight | | | | | Obese | | | | | | | | | Extreme Obesity | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | Body Weight (pounds) | | | | | | | | | | | | | | | | | | |
| 58 | 91 | 96 | 100 | 105 | 110 | 115 | 119 | 124 | 129 | 134 | 138 | 143 | 148 | 153 | 158 | 162 | 167 | 172 | 177 | 181 | 186 | 191 | 196 | 201 | 205 | 210 | 215 | 220 | 224 | 229 | 234 | 239 | 244 | 248 | 253 | 258 |
| 59 | 94 | 99 | 104 | 109 | 114 | 119 | 124 | 128 | 133 | 138 | 143 | 148 | 153 | 158 | 163 | 168 | 173 | 178 | 183 | 188 | 193 | 198 | 203 | 208 | 212 | 217 | 222 | 227 | 232 | 237 | 242 | 247 | 252 | 257 | 262 | 267 |
| 60 | 97 | 102 | 107 | 112 | 118 | 123 | 128 | 133 | 138 | 143 | 148 | 153 | 158 | 163 | 168 | 174 | 179 | 184 | 189 | 194 | 199 | 204 | 209 | 215 | 220 | 225 | 230 | 235 | 240 | 245 | 250 | 255 | 261 | 266 | 271 | 276 |
| 61 | 100 | 106 | 111 | 116 | 122 | 127 | 132 | 137 | 143 | 148 | 153 | 158 | 164 | 169 | 174 | 180 | 185 | 190 | 195 | 201 | 206 | 211 | 217 | 222 | 227 | 232 | 238 | 243 | 248 | 254 | 259 | 264 | 269 | 275 | 280 | 285 |
| 62 | 104 | 109 | 115 | 120 | 126 | 131 | 136 | 142 | 147 | 153 | 158 | 164 | 169 | 175 | 180 | 186 | 191 | 196 | 202 | 207 | 213 | 218 | 224 | 229 | 235 | 240 | 246 | 251 | 256 | 262 | 267 | 273 | 278 | 284 | 289 | 295 |
| 63 | 107 | 113 | 118 | 124 | 130 | 135 | 141 | 146 | 152 | 158 | 163 | 169 | 175 | 180 | 186 | 191 | 197 | 203 | 208 | 214 | 220 | 225 | 231 | 237 | 242 | 248 | 254 | 259 | 265 | 270 | 278 | 282 | 287 | 293 | 299 | 304 |
| 64 | 110 | 116 | 122 | 128 | 134 | 140 | 145 | 151 | 157 | 163 | 169 | 174 | 180 | 186 | 192 | 197 | 204 | 209 | 215 | 221 | 227 | 232 | 238 | 244 | 250 | 256 | 262 | 267 | 273 | 279 | 285 | 291 | 296 | 302 | 308 | 314 |
| 65 | 114 | 120 | 126 | 132 | 138 | 144 | 150 | 156 | 162 | 168 | 174 | 180 | 186 | 192 | 198 | 204 | 210 | 216 | 222 | 228 | 234 | 240 | 246 | 252 | 258 | 264 | 270 | 276 | 282 | 288 | 294 | 300 | 306 | 312 | 318 | 324 |
| 66 | 118 | 124 | 130 | 136 | 142 | 148 | 155 | 161 | 167 | 173 | 179 | 186 | 192 | 198 | 204 | 210 | 216 | 223 | 229 | 235 | 241 | 247 | 253 | 260 | 266 | 272 | 278 | 284 | 291 | 297 | 303 | 309 | 315 | 322 | 328 | 334 |
| 67 | 121 | 127 | 134 | 140 | 146 | 153 | 159 | 166 | 172 | 178 | 185 | 191 | 198 | 204 | 211 | 217 | 223 | 230 | 236 | 242 | 249 | 255 | 261 | 268 | 274 | 280 | 287 | 293 | 299 | 306 | 312 | 319 | 325 | 331 | 338 | 344 |
| 68 | 125 | 131 | 138 | 144 | 151 | 158 | 164 | 171 | 177 | 184 | 190 | 197 | 203 | 210 | 216 | 223 | 230 | 236 | 243 | 249 | 256 | 262 | 269 | 276 | 282 | 289 | 295 | 302 | 308 | 315 | 322 | 328 | 335 | 341 | 348 | 354 |
| 69 | 128 | 135 | 142 | 149 | 155 | 162 | 169 | 176 | 182 | 189 | 196 | 203 | 209 | 216 | 223 | 230 | 236 | 243 | 250 | 257 | 263 | 270 | 277 | 284 | 291 | 297 | 304 | 311 | 318 | 324 | 331 | 338 | 345 | 351 | 358 | 365 |
| 70 | 132 | 139 | 146 | 153 | 160 | 167 | 174 | 181 | 188 | 195 | 202 | 209 | 216 | 222 | 229 | 236 | 243 | 250 | 257 | 264 | 271 | 278 | 285 | 292 | 299 | 306 | 313 | 320 | 327 | 334 | 341 | 348 | 355 | 362 | 369 | 376 |
| 71 | 136 | 143 | 150 | 157 | 165 | 172 | 179 | 186 | 193 | 200 | 208 | 215 | 222 | 229 | 236 | 243 | 250 | 257 | 265 | 272 | 279 | 286 | 293 | 301 | 308 | 315 | 322 | 329 | 338 | 343 | 351 | 358 | 365 | 372 | 379 | 386 |
| 72 | 140 | 147 | 154 | 162 | 169 | 177 | 184 | 191 | 199 | 206 | 213 | 221 | 228 | 235 | 242 | 250 | 258 | 265 | 272 | 279 | 287 | 294 | 302 | 309 | 316 | 324 | 331 | 338 | 346 | 353 | 361 | 368 | 375 | 383 | 390 | 397 |
| 73 | 144 | 151 | 159 | 166 | 174 | 182 | 189 | 197 | 204 | 212 | 219 | 227 | 235 | 242 | 250 | 257 | 265 | 272 | 280 | 288 | 295 | 302 | 310 | 318 | 325 | 333 | 340 | 348 | 355 | 363 | 371 | 378 | 386 | 393 | 401 | 408 |
| 74 | 148 | 155 | 163 | 171 | 179 | 186 | 194 | 202 | 210 | 218 | 225 | 233 | 241 | 249 | 256 | 264 | 272 | 280 | 287 | 295 | 303 | 311 | 319 | 326 | 334 | 342 | 350 | 358 | 365 | 373 | 381 | 389 | 396 | 404 | 412 | 420 |
| 75 | 152 | 160 | 168 | 176 | 184 | 192 | 200 | 208 | 216 | 224 | 232 | 240 | 248 | 256 | 264 | 272 | 279 | 287 | 295 | 303 | 311 | 319 | 327 | 335 | 343 | 351 | 359 | 367 | 375 | 383 | 391 | 399 | 407 | 415 | 423 | 431 |
| 76 | 156 | 164 | 172 | 180 | 189 | 197 | 205 | 213 | 221 | 230 | 238 | 246 | 254 | 263 | 271 | 279 | 287 | 295 | 304 | 312 | 320 | 328 | 336 | 344 | 353 | 361 | 369 | 377 | 385 | 394 | 402 | 410 | 418 | 426 | 435 | 443 |

Source: Adapted from Clinical Guidelines on the Identification, Evaluation, and Treatment of Overweight and Obesity in Adults: The Evidence Report.



EXHIBIT 3

# Termination Request

**WASTE MANAGEMENT**

## General Information

- Employee Name: James McNeil
- Employee SSN: [redacted]
- Employee ID: 1246?95
- Last Day Worked: 5/19/06
- DOT Position: ☒ Yes  ☐ No
- P Card: ☐   T&E Card: ☐
- Business Unit: 1324?
- Termination Date: 5/19/06

## Action/Reason – Check One

**Action: Involuntary Termination**
- ☐ Attendance
- ☒ Elimination of Position
- ☐ End of Temp. Employment
- ☐ Misconduct
- ☐ Staff Reduction
- ☐ Unsatisfactory Performance
- ☐ Violation of Safety Rules***

*** Drug and Alcohol Change Request Form required for DOT position employees termed for Violation of Safety Rules. (Form is on WMSC page on WM Visor.)

**Action: Voluntary Termination**
- ☐ Dissatisfied-Work Conditions
- ☐ Failure to Return From Leave
- ☐ Job Abandonment
- ☐ Loss of License/Certification
- ☐ Personal Reasons
- ☐ Relocation
- ☐ Resignation – Other Position
- ☐ Retirement (union EE only)
- ☐ Transfer to Wheelabrator
- ☐ Work Authorization Expiration
- ☐ Partial/Total Disability
- ☐ Death

Comments (data will not be stored in PeopleSoft): Health & Safety - Unable to fit safely in Truck

Check here if Employee is **not** Eligible for Rehire ☒   All other employees will be considered eligible for rehire

## Complete this section only for severance

Action: Termination with Pay
Reason:
- ☐ Termination with severance pay (benefits) (Include written approval from Director of Benefits)
- ☐ Termination with severance pay (no benefits)

Ending Date:

Supervisor Signature: [signature]   Date: 5/19/06
Division Manager Signature: _____   Date:
Field Contact: [signature - Lois Smith]   Phone Number: 301-316-5344

**WASTE MANAGEMENT, INC**
1001 Fannin, Suite 4000
Houston, TX 77002
Phone: (800) 964-3373
Fax: (713) 394-5050

This form has been reviewed and approved by the HR Manager – place stamp here


EXHIBIT 4

95_Termination_Request_Form.doc

Subj: **Thank You for considering Waste Management**
Date: 5/26/2006 8:02:18 PM Eastern Standard Time
From: recruiting@nationalrecruitmentcenter.com
To: JMCNEIL1020@AOL.COM



Thank you for your interest in Waste Management. At this time, you are no longer being considered for the position of your choice based on a careful review of your interests and qualifications. However, we will maintain your information for 12 months and notify you if you are selected for future openings better matching your qualifications.

The following is for non-HTML enabled mail clients:

Thank you for your interest in Waste Management. At this time, you are no longer being considered for the position of your choice based on a careful review of your interests and qualifications. However, we will maintain your information for 12 months and notify you if you are selected for future openings better matching your qualifications.



EXHIBIT 5

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JAMES MCNEIL<br>1811 Greenwich Wood Dr., #12<br>Silver Spring, MD 20903 | WASTE MANAGEMENT, INC   t/a WASTE MANAGMENT OF MARYLAND<br>1001 Fannin Street Suite 4000       4900 Beach Place<br>Houston, TX 77002                      Temple Hills, MD 20748 |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Montgomery
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Timothy F. Maloney (Bar No. 03381)
Brian J. Markovitz (Bar No. 15859)
6404 Ivy Lane Suite 400
Greenbelt, MD 20770
(301) 220-2200

Case: 1:07-cv-00922
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/17/2007
Description: Employ Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ⊙ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ⊗ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* | | |
|---|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act | |

| ○ G. *Habeas Corpus/ 2255* | ☒ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Personal Appearance Discrimination in Violation of the DCHRA; Disability Discrimination in Violation of the DCHRA

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 1,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 5/17/2007    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

