## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES MCNEIL                          :
                                       :
      Plaintiff,                       :
                                       :
v.                                     : **Case No.  1:07-cv-00922**
                                       :
WASTE MANAGEMENT, INC., et al.         :
                                       :
      Defendant                        :
                                       :

### CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on the 11th day of June, 2007, a copy of Plaintiffs' First Request for Production of Documents, was mailed by certified mail, return receipt restricted with the complaint and summons and Plaintiff's first interrogatories first-class, postage prepaid, to:

      CT CORPORATION
      1015 15th Street, N.W. Ste. 1000
      Washington, DC 20005

and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

               Respectfully submitted,

               JOSEPH, GREENWALD & LAAKE, P.A.

               _____
               Timothy F. Maloney, D.C. Bar #416522
               Brian J. Markovitz, D.C. Bar # 481517
               6404 Ivy Lane, Suite 400
               Greenbelt, MD  20770
               (301) 220-2200
               (301) 220-1214 (facsimile)
               *Attorneys for Plaintiff*

Joseph
Greenwald
& Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of June, 2007, a copy of Plaintiffs' First Request for Production of Documents, was mailed by certified mail, return receipt restricted with the complaint and summons and Plaintiff's first interrogatories first-class, postage prepaid, to:

CT CORPORATION:
1015 15th Street, N.W. Ste. 1000
Washington, DC 20005

_____
Brian J. Markovitz

**Joseph**
**Greenwald**
**& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214