IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES MCNEIL                           :
                                       :
    Plaintiff,                        :
                                       :
v.                                     :   Case No. **1:07-cv-00922**
                                       :
WASTE MANAGEMENT, INC., et al.         :
                                       :
    Defendant                         :
                                       :

### CERTIFICATE REGARDING DISCOVERY

    I HEREBY CERTIFY that on the 11th day of June, 2007, a copy of Plaintiffs' Interrogatories, was mailed first-class, return receipt restricted with a copy of the complaint and Plaintiff's first request for production of documents postage prepaid, to

CT CORPORATION<br>
Resident Agent for Defendant<br>
1015 15th Street, N.W. Ste. 1000<br>
Washington, DC 20005

and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

_____
Timothy F. Maloney, D.C. Bar #416522
Brian J. Markovitz, D.C. Bar # 4815176404
Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 (facsimile)
*Attorneys for Plaintiff*

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

7

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of June, 2007, a true and accurate copy of the foregoing Interrogatories to Defendant WASTE MANAGEMENT, INC was sent by certified mail return receipt restriction upon Defendant with a copy of the complaint and summons and the request for production of documents:

CT CORPORATION:
1015 15th Street, N.W. Ste. 1000
Washington, DC 20005

_____
Brian J. Markovitz

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214