**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 13, 2007

Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane,
Suite 400,
Greenbelt, MD  20770

Re: James McNeil, Pltf. vs. Waste Management, Inc., etc., Dft. // To: Waste Management, Inc.
Case No. 1:07-cv-00922

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service, Case Filing Order, Participant Registration Form, Complaint, Exhibit, Copy of First Request, Certificates Regarding Discovery, Certificates of Service, and Interrogatories which we received regarding the above captioned matter.

Waste Management, Inc. is not listed on our records or on the records of the State of DC.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512310542

cc: District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC  20001

Federal Express Tracking #7902 6953 8952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES MCNEIL
1811 Greenwich Wood Dr., #12
Silver Spring, Maryland 20903

**SUMMONS IN A CIVIL CASE**

V.

WASTE MANAGEMENT, INC
1001 Fannin Street Suite 4000
Houston, texas 77002

Trading as:
WASTE MANAGEMENT OF MARYLAND
4900 Beach Place
Temple Hills, MD 20748

Case: 1:07-cv-00922
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/17/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

Waste management, Inc
Serve:
CT corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian J. Markovitz
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301-220-2200

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY 17 2007
CLERK                             DATE

(By) DEPUTY CLERK

PLEASE DATE STAMP AND RETURN

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES MCNEIL  
1811 Greenwich Wood Dr., #12  
Silver Spring, Maryland 20903  

    Plaintiff,

v.   :   Case No. _____

WASTE MANAGEMENT, INC  
1001 Fannin Street  
Suite 4000  
Houston, Texas 77002  

Trading as:

WASTE MANAGEMENT OF  
MARYLAND, INC.  
4900 Beach Place  
Temple Hills, MD 20748  

Case: 1:07-cv-00922  
Assigned To : Huvelle, Ellen S.  
Assign. Date : 5/17/2007  
Description: Employ Discrim.

    Defendant

Serve Resident Agent

CT CORPORATION  
1015 15th Street, N.W. Ste. 1000  
Washington, DC 20005  

## COMPLAINT

COMES NOW, the Plaintiff, James McNeil, by and through his attorneys, Timothy F. Maloney, Brian J. Markovitz and the law firm of Joseph, Greenwald & Laake, P.A., and sues the Defendant, Waste Management, Inc., tda Waste Management of Maryland, Inc. ("Waste Management"), and in support thereof, states as follows:

## JURISDICTION

1. Jurisdiction is based on D.C. Code §11-921 and §13-423.










**Joseph Greenwald & Laake**
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

TO: Waste Management, Inc.
c/o CT Corporation
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

First-Class Mail

7006 0810 0005 6242 1284

CERTIFIED MAIL