IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

JAMES MCNEIL, :
:
vs. : Case No. 1:07-CV-00922
:
WASTE MANAGEMENT OF MARYLAND, :
INC. :

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through counsel hereby stipulate to the voluntary dismissal WITHOUT PREJUDICE of the above-captioned matter.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____/S/_____
    Timothy F. Maloney (Bar No. 416522)
    tmaloney@jgllaw.com
    Brian J. Markovitz (Bar No. 481517)
    Bmarkovitz@jgllaw.com
    6404 Ivy Lane, Suite 400
    Greenbelt, Maryland 20770
    (301)220-2200
    Counsel for Plaintiff

And

SEYFARTH SHAW LLP

By: _____/S/_____
    Lawrence P. Postol (Bar No. 239277)
    815 Connecticut Ave, NW
    Suite 500
    Washington, DC 20006-4004
    Counsel for Defendant

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214